IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GLENDA JOHNSON, et al. | : | |
| --- | --- | --- |
| | : | |
| v. | : | Civ. No. 11-5782 |
| | : | and all related cases |
| SMITHKLINE BEECHAM | : | |
| CORPORATION, et al. | : | |

## O R D E R

**AND NOW**, this 23rd day of June, 2017, upon consideration of Special Discovery Master William T. Hangley's November 17, 2016 Procedural Memorandum and Order (Doc. Nos. 539, 540, 541), the Objections of Hagens Berman Sobol Shapiro LLP to the Procedural Memorandum and Order (Doc. No. 544), Defendants' Response to the Procedural Memorandum and Order (Doc. No. 546), the Special Discovery Master's January 23, 2017 Report and Recommendations respecting Hagens Berman's Objections (Doc. No. 552), Hagens Berman's Objections to the Report and Recommendations (Doc. No. 555), Hagens Berman's Notice of Withdrawal of Objections (Doc. No. 560), and all related submissions, it is hereby **ORDERED** that Hagens Berman's Objections to the Special Discovery Master's Procedural Memorandum and Order (Doc. No. 544) and Report and Recommendations (Doc. No. 555) are **WITHDRAWN**. The **CLERK OF COURT** shall **STRIKE** the Objections (Doc. Nos. 544, 555) from the Docket. **IT IS FURTHER ORDERED THAT**, to the extent Hagens Berman's withdrawal of its Objections has not mooted the Special Discovery Master's Report and Recommendations, the Report and Recommendations are **APPROVED** and **ADOPTED**.

                        **AND IT IS SO ORDERED.**

                        */s/ Paul S. Diamond*

                        _____
                        Paul S. Diamond, J.